**Kerry J. Shepherd, OSB #944343**
KerryShepherd@MarkowitzHerbold.com
**Molly K. Honoré, OSB #125250**
MollyHonore@MarkowitzHerbold.com
**Jermaine F. Brown, OSB #073415**
JermaineBrown@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
Fax: (503) 323-9105

    Special Assistant Attorneys General for Defendants
    Additional Counsel of Record Listed on Signature Page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOEL ALBRECHT, et al.<br><br>                      Plaintiffs,<br><br>   v.<br><br>OREGON DEPARTMENT OF CORRECTIONS, et al.,<br><br>                      Defendants. | Case No. 3:21-cv-00196-SB<br><br>**JOINT STATUS REPORT** |

Plaintiffs and Defendants, through their undersigned counsel, submit the following Joint Status Report as required by the Court's minute order of January 24, 2023.  Per the Court's order, the parties have conferred regarding the status of this litigation and submit the following statement of their respective interests.

Plaintiffs filed their Third Amended Complaint on November 12, 2021, alleging that Defendants had violated their Eighth Amendment rights and were otherwise negligent in failing to protect plaintiffs from contracting the novel coronavirus Covid-19. Defendants answered the Third Amended Complaint on March 14, 2022.

Since that filing, the parties have conferred on discovery on the case, defendants have produced a large number of documents to plaintiffs, and plaintiffs are in the process of reviewing documents. The parties intend to continue to engage in discovery and are discussing next steps regarding a proposed case schedule.

The parties propose the Court set a date for the parties to submit another Joint Status Report, 60 days from today's date, which is September 22, 2023.

DATED this 24th day of July, 2023.

| LAW OFFICES OF DANIEL SNYDER | ELLEN ROSENBLUM<br>ATTORNEY GENERAL<br>FOR THE STATE OF OREGON |
|---|---|
| By: *s/ Carl Lee Post*<br>Carl Lee Post, OSB #061058<br>carlpost@lawofficeofdanielsnyder.com<br>John D. Burgess, OSB #106498<br>johnburgess@lawofficeofdanielsnyder.com<br>*Attorneys for Plaintiffs* | By: *s/ Jermaine F. Brown*<br>Kerry J. Shepherd, OSB #944343<br>KerryShepherd@MarkowitzHerbold.com<br>Molly K. Honoré, OSB #125250<br>MollyHonore@MarkowitzHerbold.com<br>Jermaine F. Brown, OSB #073415<br>JermaineBrown@MarkowitzHerbold.com<br>*Special Assistant Attorneys General for Defendants*<br><br>R. Kyle Busse, OSB #070994<br>KyleBusse@MarkowitzHerbold.com<br>*Of Attorneys for Defendants* |

2022096.3

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from plaintiffs' counsel's signatories to this document.

Date: July 24, 2023

*s/ Jermaine F. Brown*
Jermaine F. Brown, OSB #073415
JermaineBrown@MarkowitzHerbold.com

**Page 3 -   JOINT STATUS REPORT**